IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In re: Nomination Petition of      :
Caroline Turner Candidate for      :
Judge of Municipal Court,       :
First Judicial District of Pennsylvania,   :
Democratic Party          :
                           :   No. 138 M.D. 2023
Objection of: Esther Jones      :

# **O R D E R**

AND NOW, this 24th day of March, 2023, it is hereby ordered that the above-captioned opinion filed March 21, 2023, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge